STATE v. JOHNSON

No. 10 PC.

Case below: 13 N.C. App. 323.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 7 March 1972.


STATE v. LASSITER

No. 45.

Case below: 13 N.C. App. 292.

Motion to dismiss appeal for lack of substantial constitutional question allowed 7 March 1972.


STATE v. McINTYRE

No. 23 PC.

Case below: 13 N.C. App. 479.

Petition by Attorney General for writ of certiorari to North Carolina Court of Appeals allowed 7 March 1972.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals withdrawn 15 March 1972.


STATE v. MADDOX and STATE v. PHILLIPS

No. 46.

Case below: 13 N.C. App. 261.

Motion to dismiss appeal for lack of substantial constitutional question allowed 7 March 1972.


STATE v. PERRY

No. 41.

Case below: 13 N.C. App. 304.

Motion to dismiss appeal for lack of substantial constitutional question allowed 7 March 1972.